**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE PORK ANTITRUST LITIGATION

Civil No. 18-1776 (JRT/JFD)

This Document Relates To:

*Action Meat Distributors, Inc. et al. v. Agri Stats, Inc. et al.*, Civil Case No. 21-1454 (JRT/JFD);

*Giant Eagle Inc v. Agri Stats Inc. et al.*; Civil Case No. 21-1874 (JRT/JFD);

*Unipro Foodservice, Inc. v. Agri Stats, Inc. et al.*, Civil Case No. 21-2757 (JRT/JFD);

*Quirch Foods, LLC et al v. Agri Stats, Inc. et al.*, Civil Case No. 23-2872-JRT-JFD

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

---

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Plaintiffs Action Meat Distributors, Inc.; Topco Associates, LLC; Alex Lee, Inc.; Associated Food Stores, Inc.; Merchants Distributors, LLC; Brookshire Grocery Company; Certco, Inc.; Colorado Boxed Beef Co.; The Golub Corporation; Nicholas & Co., Inc.; PFD Enterprises, Inc.; SpartanNash Company; Springfield Grocer Company; The Distribution Group d/b/a Van Eerden Foodservice Co.; URM Stores, Inc.; Giant Eagle, Inc.; UniPro Foodservice, Inc.; Quirch Foods, LLC (f/k/a Quirch Foods Co.); Butts Foods, LP (f/k/a Butts Foods, Inc.); Quirch Louisiana LLC (f/k/a Scariano Brothers, LLC, a/k/a Scariano Wholesale

-2-

Foods Distribution) (collectively, "Plaintiffs") and Defendants Clemens Food Group, LLC, and The Clemens Family Corporation (collectively, **"Clemens"**).

**ORDER**

**IT IS HEREBY ORDERED** that:

1. The Stipulation of Dismissal with Prejudice (Docket No. [3293]) is approved in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs' claims against Clemens in the above-captioned Actions are **DISMISSED WITH PREJUDICE** as to Clemens. Plaintiffs and Clemens shall each bear their respective attorneys' fees and costs.

2. This Order does not apply to and has no bearing on any plaintiff or defendants in the above-captioned actions other than Plaintiffs and Clemens, as defined herein.

DATED: February 23, 2026            _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                JOHN R. TUNHEIM
                                   United States District Judge